SAUER v. INTERURBAN ST. RY. CO.

(Supreme Court, Appellate Term.   June 23, 1904.)

1. STREET RAILWAYS—COLLISION WITH WAGON ON TRACK—CONTRIBUTORY
NEGLIGENCE OF DRIVER.
In an action against a street railway company for injuries to a wagon
struck by a car, evidence *held* to show the driver guilty of contributory
negligence.

Appeal from Municipal Court, Borough of Manhattan, Fourth District.

Action by August Sauer against the Interurban Street Railway Company.   From a judgment for defendant, plaintiff appeals.   Affirmed.

Argued before FREEDMAN, P. J., and MacLEAN and SCOTT, JJ.

Max Schleimer, for appellant.

Henry W. Goddard and William E. Weaver, for respondent.

MacLEAN, J.   An employé of the plaintiff, driving northerly in a covered wagon, with back obstructed by a leather curtain, and on the easterly track of the defendant, for about the distance of a block, unnecessarily, without looking back, and being struck in the rear by a north-bound car as he was turning to the southwest corner of Twelfth street and said avenue, the owner may not complain for damages to his property, for his driver was negligent.   Hill v. Met. St. Ry. Co., 30 Misc. Rep. 440, 62 N. Y. Supp. 596.   The complaint was properly dismissed.   Reynolds v. Larchmont Horse R. Co., 83 App. Div. 189, 82 N. Y. Supp. 185.

Judgment affirmed, with costs.   All concur.